**Order filed, December 5, 2019.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-19-00388-CR

————————

**DEMEKAYLA DAQUIS DURDEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 179th District Court
Harris County, Texas
Trial Court Cause No. 1491520

## ORDER

The reporter's record in this case was due **August 16, 2019**. *See* Tex. R. App. P. 35.1. On October 2, 2019, this court ordered the court reporter to file the record within 15 days. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Pamela Knobloch**, the substitute court reporter, to file the record in this appeal **within 10 days** of the date of this order. No further extension will be

entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Pamela Knobloch** does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM


Panel Consists of Chief Justice Frost and Justices Christopher and Bourliot.